# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Case Number: 19 m 720

A USPS Retail Ground parcel with tracking number 9534 6138 2188 9218 2950 24 addressed to "Loueena Mcgowan, 171 S. Royal Ave #1, Fond du Lac, WI 54935."

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin:

A USPS Retail Ground parcel with tracking number 9534 6138 2188 9218 2950 24 addressed to "Loueena Mcgowan, 171 S. Royal Ave #1, Fond du Lac, WI 54935."

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, proceeds related to the sale of controlled substances, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 841(a)(1) and 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before _August 23_, 2019
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States District Court Chief Judge <u>William C. Griesbach</u>.

Date and time issued _8/13_, 2019; _4:00_ p.m.

*Judge's signature*

City and state: <u>Green Bay, Wisconsin</u>

THE HONORABLE WILLIAM C. GRIESBACH
United States District Court Chief Judge
*Name & Title of Judicial Officer*

| | | |
|---|---|---|
| **RETURN** | | |
| Case No.<br>19-M-720 | Date and time Warrant executed<br>August 13, 2019 at 4:41 PM | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of<br>BCDTF Investigator Kyle Mason | | |

Inventory of person or property taken and name of any person(s) seized:

USPS Retail Ground parcel with tracking number 9534 6138 2188 9218 2950 24 contained a box of peanut brittle and three bottles labeled as containing marijuana. Each of the three bottles contained a green leafy plant material. The total approximate weight of the green leafy plant material was 10.5 grams. I tested a sample of the green leafy plant material from one of the bottles using the Duquenois Levine field test kit and received a positive test result.

**CERTIFICATION**

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/21/19

_____
(Executing officer's signature)

Subscribed, sworn to, and returned before me this date.

MATT _____, U.S. POSTAL INSPECTOR
(Printed name and title)

_____
(U.S. Judge or Magistrate Judge)

8/21/19
(Date)